Henry H. Smith, appellee, v. John Hancock Mutual Life Insurance Company, appellant. Gen. No. 33,291.

Opinion filed June 24, 1929. Rehearing denied July 8, 1929.

Hoyne, O'Connor & Rubinkam, for appellant. John Gutknecht, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.